**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

UNITED STATES OF AMERICA,
Plaintiff,

v.

CRIMINAL NO. 99-125(JAF)

ANTONIO ROBLES-RAMOS, ET AL
Defendants.

**UNITED STATES OF AMERICA'S MOTION TO WITHDRAW**
**AS THE ASSISTANT UNITED STATES ATTORNEY**
**ASSIGNED TO THE CASE**

TO THE HONORABLE COURT:

COMES NOW, the United States of America, by its attorneys and very respectfully states and prays as follows:

1.      That as of October 6, 2006, AUSA Desirée Laborde-Sanfiorenzo is not the Assistant U.S. Attorney responsible for the prosecution of the above referenced case.

WHEREFORE, the United States of America respectfully requests that this Honorable Court take notice of the foregoing and grant the withdrawal of AUSA Desirée Laborde-Sanfiorenzo as the attorney responsible for the prosecution of instant case.

2

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 6th day of October, 2006.

> ROSA EMILIA RODRIGUEZ-VELEZ
> United States Attorney
>
>
> S/Desirée Laborde-Sanfiorenzo
> Desirée Laborde-Sanfiorenzo
> Bar No. 208110
> Assistant U. S. Attorney
> Suite 1201, Torre Chardón
> 350 Carlos Chardón Avenue
> Hato Rey, Puerto Rico  00919
> Tel. (787) 766-5656
> desiree.laborde@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on October 6, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel(s) for each of the defendant(s).

At San Juan, Puerto Rico, October 6, 2006.

> S/Desirée Laborde-Sanfiorenzo
> Desirée Laborde-Sanfiorenzo
> Bar No. 208110
> Assistant U. S. Attorney
> Suite 1201, Torre Chardón
> 350 Carlos Chardón Avenue
> Hato Rey, Puerto Rico  00919
> Tel. (787) 766-5656
> desiree.laborde@usdoj.gov